IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| **TYLER JAMES MILLER,**<br><br>        Petitioner,<br><br>vs.<br><br>**UNITED STATES OF AMERICA,**<br><br>        Respondent. | **MEMORANDUM DECISION AND ORDER LIFTING STAY**<br><br>**Case No. 1:16-cv-68-DAK**<br>**Case No. 1:19-cv-85-DAK**<br><br>**Judge Dale A. Kimball** |

      These matters were stayed pending the Tenth Circuit's decision in *United States v. Baker*, 20-3062 (10th Cir.). The Tenth Circuit has decided *Baker*, reiterating that Hobbs Act robbery is categorically a crime of violence. 2022 WL 3371011 (10th Cir. Aug. 16, 2022). Therefore, the court lifts the stay. If Petitioner maintains, after *Baker*, the position that these cases should not be dismissed, he shall file a brief setting forth his reasoning by October 28, 2022. If Petitioner does not file a brief, the court will dismiss these actions based on *Baker*.

      DATED this 6th day of October, 2022.

BY THE COURT:

_____
Dale A. Kimball,
United States District Judge